UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TYLER MAY,

Plaintiff,

v.

CORNERSTONE STAFFING SOLUTIONS, INC.,

Defendant.

Case No. 26-cv-02947-KAW

**ORDER CLOSING CASE**

On July 22, 2026, the then-presiding judge approved the parties' stipulation to consolidate the instant case with 26-2478, *Hiler v. Cornerstone Staffing Solutions, Inc*. (*See* 26-2478, *Hiler v. Cornerstone Staffing Solutions, Inc.*, Dkt. No. 28.) Accordingly, the cases are now consolidated and the instant case, 26-2947, *May v. Cornerstone Staffing Solutions, Inc.*, shall be closed for administrative purposes. All future filings must be filed in the lower-numbered case only.

IT IS SO ORDERED.

Dated: August 31, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California